No. 02–9533. MILLER v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 02–9534. WILSON v. PIMA COUNTY, ARIZONA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–9536. TIMMS v. COCKRELL, DIRECTOR, TEXAS DEPART-MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–9537. ROMNEY v. KOOIMAN. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–9538. SEARS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02–9540. WATERS v. WHITE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–9544. DUNSON v. KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–9546. DAVIS v. HAYWARD ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 02–9547. DARDEN v. PERALTA COMMUNITY COLLEGE DIS-TRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–9552. JUSTO v. JONES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–9554. MARABLE v. MOSLEY, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–9558. McKINNEY v. CROSBY, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–9559. CUBIE v. WALLS, WARDEN. C. A. 7th Cir. Cer-tiorari denied.

No. 02–9569. BRYSON ET AL. v. JOHNSTON, JUDGE, SUPERIOR COURT OF NORTH CAROLINA, MECKLENBURG COUNTY, ET AL. Ct. App. N. C. Certiorari denied.